# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SALLIE SHANNON CHAPMAN, | |
| Plaintiffs, | Case No. 2:15-cv-01944-JAD-GWF |
| vs. | **ORDER** |
| FERTITTA ENTERTAINMENT, INC., *et al.*, | |
| Defendants. | |

This matter is before the Court on Defendants' Motion to Extend the Deadline to File Dispositive Motions (ECF No. 32), filed on September 7, 2016.

Pursuant to Fed. R. Civ. P. 6(b) and LR IA 6-1, extensions of time may be granted for good cause shown. Defendants request an additional three weeks to file dispositive motions in this case due to unexpected changes in Defendants' counsel's schedule relating to other cases for which she is the lead counsel. The Court finds that Defendants have shown good cause to extend the dispositive motion deadline. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Extend the Deadline to File Dispositive Motions (ECF No. 32) is **granted**. The parties shall have until **October 19, 2016** to file dispositive motions in this case.

DATED this 8th day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge