# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SALLIE SHANNON CHAPMAN, )
                    Plaintiffs, )     Case No. 2:15-cv-01944-JAD-GWF

vs. )     **ORDER**

FERTITTA ENTERTAINMENT, INC., *et al.,* )
                  Defendants. )

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(b)(5). The Stipulation and Order to Extend Dispositive Motion Deadline (ECF No. 35) filed Oc, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than December 9, 2016, or 30 days after a decision on the dispositive motions. A motion for summary judgment (ECF No. 36) was decided on August 31, 2017, in which case the date for filing the Joint Pretrial Order was suspended until 30 days after the decision. There are no further dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

    1.    Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **November 20, 2017**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. <u>See</u> Fed. R. Civ. P. 41(b).

    2.    The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 13th day of November, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge