| | |
|---|---|
| 1 | SHARON L. NELSON |
|   | Nevada Bar No. 6433 |
| 2 | NELSON LAW |
|   | 5940 S. Rainbow Blvd. |
| 3 | Las Vegas, Nevada 89118 |
|   | Telephone: (702) 247-4529 |
| 4 | Facsimile: (702) 737-4529 |
|   | *snelson@nelsonlawlv.com* |
| 5 | Attorneys for Plaintiff |
|   | SALLIE SHANNON CHAPMAN |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SALLIE SHANNON CHAPMAN, individually and on behalf of all others similarly situated, | Case No.: 2:15-cv-01944-JAD-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER** |
| vs. | |
| FERTITTA ENTERTAINMENT, INC., FERTITTA ENTERTAINMENT HOLDINGS, LLC, FERTITTA HOSPITALITY, LLC, LANDRY'S INC., GOLDEN NUGGET INC. dba GOLDEN NUGGET LAS VEGAS, | |
| Defendants. | |

The parties, by and through their respective counsel of record, hereby stipulate to extend the deadline to file the Joint Pretrial Order by thirty (30) days. With this extension, the Joint Pretrial Order would be due on December 20, 2017.

//

//

1    This stipulation is made in good faith and not for the purposes of delay. The parties

2    participated in a settlement conference and came to an agreement. The extension is necessary to

3    give the parties time to finalize settlement documents and a stipulation to dismiss this case.

4    Dated this 15th day of November 2017.

**NELSON LAW**                          **JACKSON LEWIS P.C.**

/s/ Sharon L. Nelson                    /s/ Kirsten A. Milton
Sharon L. Nelson                        Elayna J. Youchah
Nevada Bar No. 6433                     Nevada Bar No. 5837
5940 S. Rainbow Blvd.                   Joshua A. Sliker
Las Vegas, NV 89118                     Nevada Bar No. 12493
Attorneys for Plaintiff                 3800 Howard Hughes Pkwy, Suite 600
                                        Las Vegas, NV 89169

                                        Kirsten A. Milton (admitted *pro hac vice*)
                                        150 North Michigan Avenue, Suite 2500
                                        Chicago, IL  60601

                                        Attorneys for Defendant

**ORDER**

IT IS SO ORDERED  November 16 , 2017.

_____
U.S. MAGISTRATE JUDGE

Page 2 of 2