Elayna J. Youchah
Nevada State Bar No. 5837
Joshua A. Sliker
Nevada State Bar No. 12493
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: youchahe@jacksonlewis.com
Email: joshua.sliker@jacksonlewis.com

Kirsten A. Milton
Nevada State Bar No. 14401
**JACKSON LEWIS P.C.**
150 North Michigan Ave., Ste. 2500
Chicago, Illinois 60601
Tel: (312) 787-4949
Email: kirsten.milton@jacksonlewis.com

*Attorneys for Defendant*
*Golden Nugget Inc. dba Golden Nugget Las Vegas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SALLIE SHANNON CHAPMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FERTITTA ENTERTAINMENT, INC., FERTITTA ENTERTAINMENT HOLDINGS, LLC, FERTITTA HOSPITALITY, LLC, LANDRY'S INC., GOLDEN NUGGET INC. dba GOLDEN NUGGET LAS VEGAS,<br><br>Defendants. | Case No. 2:15-cv-01944-JAD-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON JOINT MOTION TO APPROVE SETTLEMENT**<br><br>**(FIRST REQUEST)** |

The parties, by and through their respective counsel of record, hereby stipulate and agree to continue the hearing on the parties' Joint Motion to Approve Settlement currently scheduled for January 8, 2018 at 3:00 p.m., before the Honorable Judge Jennifer A. Dorsey, be rescheduled

to February 5, 2018 at 3:00 p.m. This request is made due to a scheduling conflict and unavailability of counsel for Defendant who will be in an ENE in another matter on January 8, 2018.

This stipulation and order is sought is good faith and not for the purpose of delay.

Dated this 2nd day of January, 2018.

| NELSON LAW | JACKSON LEWIS P.C. |
|---|---|
| /s/ Sharon L. Nelson | /s/ Kirsten A. Milton |
| Sharon L. Nelson, Bar #6422 | Elayna J. Youchah, Bar #5837 |
| 5940 S. Rainbow Blvd. | Joshua A. Sliker, Bar #12493 |
| Las Vegas, Nevada 89118 | 3800 Howard Hughes Parkway, Ste. 600 |
| | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | |
| *Sallie Shannon Chapman* | Kirsten A. Milton, Bar #14401 |
| | 150 North Michigan Avenue, Suite 2500 |
| | Chicago, Illinois 60601 |
| | |
| | *Attorneys for Defendants* |
| | *Fertitta Entertaining, Inc., Fertitta* |
| | *Entertainment Holdings, LLC, Fertitta* |
| | *Hospitality, LLC, Landry's Inc.,* |
| | *Golden Nugget Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 1/3/2018